# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>PUTNAM DARWIN RICHARDSON<br><br>*Defendant(s)* | )<br>)<br>)   Case No.<br>)<br>)       1:24-MJ-85<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 17, 2024__ in the county of __Orange__ in the __Eastern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201(a). | Kidnapping |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

/s/ Ryan Long
*Complainant's signature*

Ryan Long, Special Agent-FBI
*Printed name and title*

Sworn to by Affiant by telephone.

Date: 07/18/2024

*Judge's signature*

City and state: Beaumont, Texas

Zack Hawthorn, United States Magistrate Judge
*Printed name and title*