# UNITED STATES DISTRICT COURT

Eastern  DISTRICT OF  Texas

**EXHIBIT AND WITNESS LIST**

USA
V.
Putnam Darwin Richardson

Case Number: 1:24mj85

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Zack Hawthorn | Russell James | Tom Berg |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 7/23/2024 | Tonya Piper | Tonya Piper |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 7/23/2024 | | | W1 - Ryan Long - R, C |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBITS |
| | | 7/23/2024 | x | x | SEALED - Pretrial Services Bond Report |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages