# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

No. 1:24-MJ-85

United States of America

v.

Putnam Darwin Richardson

Defendant

**Order of Determination of Probable Cause**

(Criminal Complaint)

The above defendant is charged in a complaint pending in this district with kidnapping in violation of Title 18 United States Code, Section 1201(a).

Probable cause exists to believe that on July 15, 2024, the Defendant, Putnam Richardson, kidnapped the victim, M.S. (hereinafter "victim"), at gunpoint and held him for ransom, in violation of 18 U.S.C. § 1201(a).

FBI Agent Ryan Long testified at the preliminary hearing on July 23, 2024. He testified that Richardson kidnapped the victim from his office parking lot in Beaumont, Texas (within the Eastern District of Texas) at gunpoint on the morning of July 15, 2024.

Agent Long testified that Richardson used the victim's cell phone to call the victim's wife and demand $1,000,000 ransom for the victim's release. Richardson threatened to kill the victim if his ransom demands were not met. The victim's family, who work in the victim's law office,

identified Richardson as a possible suspect to the FBI because the victim previously represented Richardson on a criminal charge. Subject to an open records search, the FBI located Richardson's address and conducted surveillance on his residence in Orange, Texas. Agents witnessed Richardson leave his residence in his vehicle on July 17, with an individual in the front passenger seat whose vision had been obstructed. Richardson was subsequently arrested, and the victim was released.

Agent Long testified that the victim had been kidnapped against his will and held for ransom. During his captivity, the victim was held in a shed and bound in chains. Agent Long testified that a search warrant was executed on Richardson's residence and that there was a shed (consistent with the victim's account) and a mask Richardson allegedly wore during the kidnapping and described by the victim.

Agent Long testified that the victim's phone was recovered from Richardson's vehicle. Richardson used the victim's phone used to make his ransom demands. Agent Long testified that the cell phone Richardson used to make the ransom demands was manufactured outside the United States and therefore, an instrument of interstate or foreign commerce.

Defense Counsel did not present evidence to refute Agent Long's testimony.

It is therefore **ORDERED:**

The above defendant shall be held to answer in the United States District Court for the Eastern District of Texas for violation of 18 U.S.C. § 1201(a).

SIGNED this 25th day of July, 2024.

Zack Hawthorn
United States Magistrate Judge