
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG - 7 2024

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:24-CR 74 |
| | § | Judge: Crone - Stetson |
| PUTNAM DARWIN RICHARDSON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 18 U.S.C. § 1201(a)(1)
(Kidnapping)

On or about July 15, 2024, in the Eastern District of Texas, the defendant, **Putnam Darwin Richardson**, did unlawfully and willfully seize, confine, kidnap, abduct, carry away and hold for ransom, M.S., and in committing or in furtherance of the commission of the offense, used a cellular phone, that is, a means, facility, and instrumentally of interstate or foreign commerce.

In violation of 18 U.S.C. § 1201(a)(1).

### Count Two

Violation: 18 U.S.C. § 875(b) (Interstate Transmission of Extortionate Communication)

On or about July 15, 2024, in the Eastern District of Texas, the defendant, **Putnam Darwin Richardson**, knowingly and with intent to extort money from M.S.'s family, did transmit in interstate commerce, a communication requesting a ransom of $1,000,000.00

to M.S.'s family, and the communication contained a threat to kidnap and injure M.S., specifically to kill M.S.

In violation of 18 U.S.C. § 875(b).

## Count Three

Violation: 18 U.S.C. § 924(c)
(Brandishing a Firearm During and In Relation to a Crime of Violence)

On or about July 15, 2024, in the Eastern District of Texas, the defendant, **Putnam Darwin Richardson**, did knowingly brandish a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, kidnapping in violation of 18 U.S.C. § 1201(a)(1), as described in Count One of this indictment, which is realleged and incorporated here.

In violation of 18 U.S.C. § 924(c).

## Count Four

Violation: 18 U.S.C. § 922(g)(1)
(Possession of a Firearm by a Prohibited Person)

On or about July 15, 2024, in the Eastern District of Texas, **Putnam Darwin Richardson**, defendant, did knowingly and unlawfully possess in and affecting interstate or foreign commerce, a firearm, to wit: a .22 caliber Hi-Standard Model H-D Military firearm, while knowing that he had been convicted of a crime or crimes punishable by imprisonment for a term exceeding one year.

In violation of 18 U.S.C. Section 922(g)(1).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

**Firearms Forfeiture Allegation**
(18 U.S.C. § 924(d)(1) & 28 U.S.C. § 2461(c))

1. The allegations contained in Counts Three and Four of this indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense in violation of 18 U.S.C. § 924(c)(1) and 18 U.S.C. § 922(g)(1) set forth in Counts Three and Four of this indictment, the defendant, **Putnam Darwin Richardson**, shall forfeit to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense including, but not limited to:

> one (1) .22 caliber Hi-Standard Model H-D Military firearm bearing serial number 278818.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

_____        ____8/7/24____
REYNALDO P. MORIN                                    Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| v. | § | NO. 1:24-CR 74 |
| | § § | |
| PUTNAM DARWIN RICHARDSON | § | |

## NOTICE OF PENALTY

### Count One

Violation: 18 U.S.C. § 1201(a)(1)

Penalty: Imprisonment for any term of years or for life; a fine not to exceed $250,000.00, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than five (5) years.

Special Assessment: $100.00

### Count Two

Violation: 18 U.S.C. § 875(b)

Penalty: Imprisonment of not more than twenty years; a fine not to exceed $250,000.00, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than five (5) years.

Special Assessment: $100.00

## Court Three

Violation:         18 U.S.C. § 924(c)

Penalty:           Imprisonment of not less than five (5) years and not more than life imprisonment, unless the firearm is brandished, in which case the minimum imprisonment is seven (7) years, or unless the firearm is discharged, in which case the minimum imprisonment is ten (10) years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim, whichever is greater, or both imprisonment and a fine, and supervised release of not more than five (5) years.

Special Assessment: $100.00

## Count Four

Violation:         18 U.S.C. § 922(g)(1)

Penalty:           Imprisonment of not more than fifteen (15) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00