IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:24-CR-74 |
| | § | |
| PUTNAM DARWIN RICHARDSON | § | |

## **AMENDED NOTICE OF PENALTY**

### **Count One**

Violation: 18 U.S.C. § 1201(a)(1)

Penalty: Imprisonment for any term of years or for life; a fine not to exceed $250,000.00, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than five (5) years.

Special Assessment: $100.00

### **Count Two**

Violation: 18 U.S.C. § 875(b)

Penalty: Imprisonment of not more than twenty years; a fine not to exceed $250,000.00, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

## Court Three

Violation:         18 U.S.C. § 924(c)

Penalty:          Imprisonment of not less than five (5) years and not more than life imprisonment, unless the firearm is brandished, in which case the minimum imprisonment is seven (7) years, or unless the firearm is discharged, in which case the minimum imprisonment is ten (10) years, which must be served consecutively to any other term of imprisonment, a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim, whichever is greater, or both imprisonment and a fine, and supervised release of not more than five (5) years.

Special Assessment: $100.00

## Count Four

Violation:         18 U.S.C. § 922(g)(1)

Penalty:          Imprisonment of not more than fifteen (15) years; a fine not to exceed $250,000, or twice the pecuniary gain to the defendant or loss to the victim; or both imprisonment and a fine; and a term of supervised release of not more than three (3) years.

Special Assessment: $100.00

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s/ Reynaldo Padilla Morin*
Reynaldo Padilla Morin
Assistant U. S. Attorney
Eastern District of Texas
Texas Bar No. 00789504
550 Fannin, Suite 1250
Beaumont, Texas 77701
(409) 839-2538
Reynaldo.Morin@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing Amended Notice of Penalty, has been forwarded to Thomas Berg, attorney for the defendant, on this the 15th day of August 2024.

                                     */s/ Reynaldo Padilla Morin*
                                     Reynaldo Padilla Morin
                                     Assistant U. S. Attorney