# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 1:24-CR-74 |
| | § | Judge Crone |
| PUTNAM DARWIN RICHARDSON | § | |

## **ELEMENTS OF THE OFFENSE**

The defendant is charged in Count One of the Indictment with a violation of 18 U.S.C. § 1201(a)(1), kidnapping. The essential elements which must be proven to establish the 18 U.S.C. § 1201(a)(1) violation are the following:

1. That the defendant, knowingly acting contrary to law, kidnapped, M.S. as charged;

2. That the defendant kidnapped M.S. for some reward or purpose of benefit;

3. That the defendant kidnapped M.S. without his consent; and

4. The defendant willfully transported M.S., and the defendant used the mail or any means, facility, or instrumentality of interstate or foreign commerce in committing or in furtherance of the commission of the offense.

The defendant is also charge in Count Three of the Indictment with a violation of 18 U.S.C. § 924(c), brandishing a firearm during and in relation to a crime of violence. The essential elements which must be proven to establish the 18 U.S.C. § 924(c) violation are the following:

1. That the defendant committed the crime alleged in Count One; kidnapping is a crime of violence; and

2. That the defendant knowingly brandished a firearm during and in relation to the

defendant's commission of the crime charged in Count One.

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY


 /s/ Reynaldo P. Morin
REYNALDO P. MORIN
Assistant United States Attorney
Texas Bar No. 00789504
550 Fannin Street, Suite 1250
Beaumont, Texas 77701-2237
(409) 839-2538
(409) 839-2550 (fax)
reynaldo.morin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was delivered by electronic filing to Thomas Berg, attorney for defendant, on the 13th day of November 2024.

/s/ Reynaldo P. Morin
REYNALDO P. MORIN
Assistant United States Attorney
