IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| UNITED STATES OF AMERICA | ' | |
| --- | --- | --- |
| | ' | |
| v. | ' | NO. 1:24-CR-0074 |
| | ' | Judge Crone |
| PUTNAM DARWIN RICHARDSON | ' | |

## SENTENCING MEMORANDUM

Defendant Putnam Darwin Richardson presents the following brief points concerning his sentencing this week:

Mr. Richardson comes before the Court a broken and humbled man. He approaches the prospect of his 80th birthday in June in jail and alone. His wife, Bonnie, has reevaluated the status of their marriage and elected to move on with her own life.

Mr. Richardson acknowledges that the kidnapping of M.S., his former defense lawyer, was a mindless calamity of colossal proportions with no possibility of success and without thought to the many ripples of pain and fear it caused for M.S. and his loved ones as well as Mr. Richardson's own, incredulous family. Yet Mr. Richardson must confront for every remaining day of his life that this is very much a self-inflicted calamity; there is and can be no one else to blame. It is a stark

burden of self-blame that he will carry to the grave. His quest for forgiveness and redemption, albeit sincere, is likely to be futile. The reality is that Mr. Richardson does not have much time.

    Mr. Richardson has untreated prostate cancer along with hypertension, depression, anxiety and the other infirmities that attend a man of his age. Undoubtedly, these conditions affected his judgment when he undertook this foolhardy crime but they are insufficient to explain or justify it. We only bring these to the Court's attention because nothing about his pending imprisonment will alleviate the misery he faces as a consequence of a life misspent.

    Mr. Richardson's admission of guilt to Count 3 of the Indictment, the firearms count, mandates at the outset an immutable term of 84 months to be served consecutively to any other punishment the Court imposes. The only area in which the Court might exercise some discretion and mercy in consideration of the 18 U.S.C. §3553(a) factors is with the portion of the sentence imposed for Count 1, the kidnapping count. That count carries a penalty of any term of years up to life. The advisory Guideline range is 210 – 235 months. The probation office suggests a total sentence of 294 months or 24.5 years. With such a sentence Mr. Richardson faces imprisonment beyond the age of 100 years. Pragmatically speaking, almost any sentence imposed by the Court will constitute a life sentence.

But the Court need not deprive Mr. Richardson of all hope of seeing a supervised freedom someday. A sentence of 48 months on Count 1, consecutive to the 84-month sentence on Count 3 followed, by a strict five-year maximum term of supervised release, still keeps Mr. Richardson imprisoned until he is 90 years old, assuming he lives so long, and under likely supervision until he dies. Such a sentence is sufficient but not more than necessary to achieve the goals of Justice.

Respectfully submitted,

/S/ Tom Berg
Tom Berg
4306 Yoakum Blvd., Suite 240
Houston TX 77006
713-502-9596
Attorney for Mr. Richardson

CERTIFICATE OF SERVICE

I certify that a copy of this memorandum was served email on Assistant United States Attorney Rey Morin and United States Probation Officer Clinton Derouen this 6th day of April 6, 2025.

/S/ Tom Berg
Tom Berg