IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:24-CR-74 |
| | § | |
| PUTNAM DARWIN RICHARDSON | § | |

## **MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by its undersigned counsel, respectfully submits its motion for Final Order of Forfeiture in the above-entitled case, and in support thereof would show the following:

1.      On November 21, 2024, this Court entered a Preliminary Order of Forfeiture, forfeiting to the United States the defendant's interest in the following property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

**Firearms/Ammunition**:

Any and all firearms, ammunition and accessories seized from the defendant, including, but not limited to, the following:

(a)      One (1) CAL: .22, Hi-Standard Model H-D Military Firearm, SN: 278818.

2.      The United States posted notice of the forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 26, 2024, and ending on December 25, 2024, as required by 21 U.S.C. § 853(n)(1), Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, and the Attorney General's authority to determine the manner of publication of an order of forfeiture in a criminal case.

3.     No party has made a claim to or declared any interest in the above-described forfeited property.

The United States moves this Court for a Final Order of Forfeiture declaring the foregoing property forfeited as to all parties and vesting full right, title, and interest in the property to the United States and directing the United States and/or the custodial agency to dispose of the property according to law.

Accordingly, the United States respectfully requests that this Court enter a final order of forfeiture as proposed in the attached order.

                              Respectfully submitted,

                              ABE MCGLOTHIN, JR.
                              ACTING UNITED STATES ATTORNEY

                              */s/* Reynaldo Padilla Morin
                              Reynaldo Padilla Morin
                              Assistant U. S. Attorney
                              Eastern District of Texas
                              Texas Bar No. 00789504
                              550 Fannin, Suite 1250
                              Beaumont, Texas 77701
                              (409) 839-2538
                              Reynaldo.Morin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that the Motion for Issuance of a Final Order of Forfeiture herein has been served on counsel of record for defendant via the Court's CM/ECF filing system on April 9, 2025.

*/s/* Reynaldo Padilla Morin
Reynaldo Padilla Morin

## CERTIFICATE OF CONFERENCE

I have conferred with counsel of record for defendant regarding the merits of this motion as consistent with the terms of the plea agreement. The motion is UNOPPOSED.

*/s/* Reynaldo Padilla Morin
REYNALDO PADILLA MORIN