11-18-2025

Jack Brooks Federal Building
District Clerk's Office
800 Willow St.
Beaumont, Tx 77701

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 16 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

RE: Putnam Richardson        1:24cr74
Subject: Court Documents Request

Att: District Court Clerk

   I write to ask for your help and consideration. Convicted of a Federal crime (last 07-15-2024 in Beaumont) I wish to file a Petition for Commutation of Sentence. All court documents were lost in Federal transport last month. Accordingly, I request and ? all same documents — pretaining to this matter — you have.

   I would gladly pay for these documents if I could; however, I am indigent. I have no money (having given all to my wife's family when arrested). At 76 yrs. old and a multi-stroke survived, paralized, she needed everything to survive without me! Yet, I will pledge to pay what you demand once assigned a job here. (The court found me indigent [i.e. court record note]).

   Please help me if you can. Allow me to thank you for that consideration.

Sincerely yours,
Putnam Richardson

Clerk Of The Court
United States District Court

Name: Putnam D. Richardson

Reg. No: ?

Case No: ?

Date: 11-18-2025 / 2025 / ~~2023~~

Dear Clerk,

I am writing to request the following documents in an effort to exercise my due process right to appeal my conviction and/or sentence, or to litigate other civil matters as a pro se petitioner:

\_\_\_\_\_ Probable Cause/Criminal Affidavit
\_\_\_\_\_ Criminal Indictment
\_\_\_\_\_ Grand Jury Indictment
✓ Updated Docket Sheet
✓ Pre-Sentence Report
✓ Judgment and Commitment Order
✓ Statement Of Reasons
✓ Plea Transcript
✓ Sentencing Transcript
✓ Trial Transcript

Please forward the (✓) indicated documents. A verified financial statement will be attached when requestor is in indigent status. A prompt reply is respectfully requested due to time constraints and filing deadlines.

Thank you for your assistance,

*Putnam Richardson*

Putnam Richardson
25861-511
Federal Correctional Complex (medium)
P.O. Box
Forrest City, AR 72336



MEMPHIS TN 380

22 NOV 2025 PM 2 L

1775 ★ 2025

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 16 2025
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Jack Brook's Federal Building
District Clerk's Office
800 Willow St.
Beaumont, TX 77701

77701-370200